## PAUL J. NETTE, JR.
*vs.*
## ALICE NETTE

Superior Court          Fairfield County          File No. 70345

MEMORANDUM FILED OCTOBER 2, 1945

Louis M. Altman, of Stamford, for the Plaintiff.

Keogh & Candee, Special, of Norwalk, for the Defendant.

QUINLAN, J. The court knows of nothing which prevents both parties to a marital controversy from instituting separate actions any more than there would be in a negligence case where each party claimed the other one was responsible. Indeed defendant's counsel is experienced enough in courtroom tactics to perhaps admit there is some advantage in doing such a thing.

The plea in abatement is overruled.